C. M. Caldwell, appellee, v. H. C. Anson, appellant. Gen. No. 29,592.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding.

(611)

Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925. Rehearing denied June 23, 1925.

John J. Whiteside, for appellant. Green & Palmer and Joseph H. Barnhart, for appellee; Henry I. Green, Enos L. Phillips and Oris Barth, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.